**Robert HOWARD, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (GENERAL ELECTRIC and Electric Mutual Insurance), Respondents.**

Supreme Court of Pennsylvania.

May 24, 1994.

F. Michael Friedman, Pagano, Wills & Friedman, Media, for R. Howard.

Martin J. Fallon, Philadelphia, for Elec.

Norman R. Haigh, Secretary, W.C.A.B., Harrisburg, for W.C.A.B.

Joseph Hakun, Malvern, Referee.

### ORDER

PER CURIAM.

AND NOW, this 24th day of May, 1994, the Application for Relief Under Rule 123 Sur Untimely Application for Reargument or Reconsideration is hereby denied.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.